**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AFA FOODS, INC., | ) | Case No. 12-_____ (___) |
| Debtor. | ) | |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING THE 30 LARGEST UNSECURED CLAIMS**

The above-captioned debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately March 30, 2012. The Consolidated List is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List of 30 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

| | (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of Claim (secured also state value of security) |
|---|---|---|---|---|---|
| 1 | ORLEANS INTERNATIONAL | REED TUSHMAN, DIRECTOR OF OPERATIONS<br>30600 NORTHWESTERN HWY. SUITE 300<br>FARMINGTON HILL, MI 48334<br>P: (248) 406-0223<br>F: (248) 855-5668 | TRADE DEBT | | $8,309,098 |

| | (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of Claim (secured also state value of security) |
|---|---|---|---|---|---|
| 2 | BEEF PRODUCTS INC. | RICH JOCHUM<br>891 TWO RIVERS DRIVE<br>DAKOTA DUNES, SD 57049<br>P: (605) 217-8150<br>F: (605) 217-8001 | TRADE DEBT | | $4,589,311 |
| 3 | JBS USA HOLDINGS, INC. | DENILSON MOLINA<br>1770 PROMONTORY CIRCLE<br>GREELEY, CO 80634<br>P: (970) 506-8044<br>F: (970) 336-6103 | TRADE DEBT | | $3,403,248 |
| 4 | TYSON FRESH MEATS, INC. | DENNIS LEATHERBY<br>88031 EXPEDITE WAY<br>CHICAGO, IL 60695<br>P: (479) 290-4194<br>F: (855) 441-2696 | TRADE DEBT | | $3,276,300 |
| 5 | CENTRAL VALLEY MEAT COMPANY, INC. | LAWERENCE COELHO, PRESIDENT<br>10431 8 3/4 AVENUE<br>HANFORD, CA 93236<br>P: (559) 583-9624<br>F: (558) 583-0358 | TRADE DEBT | | $3,203,545 |
| 6 | RIND INTERNATIONAL TRADING COMPANY | DAVID RIND, PRESIDENT<br>1233 120TH AVENUE<br>BELLEVUE, WA 98005-2147<br>P: (425) 453-0661<br>F: (425) 453-1359 | TRADE DEBT | | $2,912,836 |
| 7 | WALT'S WHOLESALE MEATS | WALT HOUSER<br>350 SO PEKIN ROAD<br>WOODLAND, WA 98674<br>P: (360) 225-8203<br>F: (360) 225-6196 | TRADE DEBT | | $2,244,361 |
| 8 | DALE T. SMITH & SONS INC. | DALE SMITH, PRESIDENT<br>P. O. BOX 479<br>DRAPER, UT 84020<br>P: (360) 225-8203<br>F: (801) 571-3685 | TRADE DEBT | | $1,916,338 |
| 9 | PALO DURO MEAT PROCESSING | TREVOR CAVINESS<br>PO BOX 31117<br>AMARILLO, TX 79120<br>P: (806) 372-5781<br>F: (806) 372-1215 | TRADE DEBT | | $1,762,916 |

| | (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of Claim (secured also state value of security) |
|---|---|---|---|---|---|
| 10 | C.H. ROBINSON WORLDWIDE, INC. | SCOTT SATTERLE, VICE PRESIDENT<br>14701 CHARLSON ROAD<br>SUITE 1400<br>EDEN PRAIRIE, MN 55347<br>P: (952) 937-8500<br>F: (952) 933-4545 | TRADE DEBT | | $1,656,334 |
| 11 | H & B PACKING COMPANY INC. | RICHARD BAUER, VICE PRESIDENT<br>702 FOREST DR<br>WACO, TX 76703<br>P: (254) 752-2506<br>F: (254) 752-1451 | TRADE DEBT | | $1,426,079 |
| 12 | AMERICAN CAPITAL, LTD. | GREGORY SHANAHAN<br>2 BETHESDA METRO CENTER<br>14TH FLOOR<br>BETHESDA, MD 20814<br>P: (301) 951-6122<br>F: (301) 654-6714 | OTHER | | $1,374,264 |
| 13 | SAN ANGELO PACKING CO, INC. | JIMMY STOKES, PRESIDENT<br>1809 N BELL<br>PO BOX 1469<br>SAN ANGELO, TX 76902<br>P: (915) 653-6951<br>F: (325) 658-7272 | TRADE DEBT | | $1,130,400 |
| 14 | INTERNATIONAL PAPER COMPANY | JOHN FARACI<br>6400 POPLAR AVENUE<br>MEMPHIS, TN 38197<br>P: (901) 419-9000<br>F: (901) 214-9682 | TRADE DEBT | | $883,720 |
| 15 | SEALED AIR CORPORATION – CRYOVAC DIVISION | WILLIAM HICKEY<br>200 RIVERFRONT BOULEVARD<br>ELMWOOD PARK, NJ 07407<br>P: (201) 791-7600<br>F: (201) 703-4205 | TRADE DEBT | | $785,187 |
| 16 | ANZCO FOODS NORTH AMERICA INC. | PETER CONLEY<br>666 DUNDEE ROAD<br>SUITE 1605<br>NORTHBROOK, IL 60062<br>P: (847) 498-4470<br>F: (847) 498-5167 | TRADE DEBT | | $784,103 |

| | (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of Claim (secured also state value of security) |
|---|---|---|---|---|---|
| 17 | CREEKSTONE FARMS | DENNIS BUHLKE, CEO<br>604 GOFF INDUSTRIAL PARK RD<br>ARKANSAS CITY, KS 67005<br>P: (620) 741-3100<br>F: (620) 741-3353 | TRADE DEBT | | $751,447 |
| 18 | MARTIN'S ABATTOIR & WHOLESALE MEATS | GREG MYRICK<br>PO BOX 890203<br>CHARLOTTE, NC 28289-0203<br>P: (910) 567-6102<br>F: (910) 567-6102 | TRADE DEBT | | $716,544 |
| 19 | PIERCE TRADING INTERNATIONAL | STUART LEIFER<br>1099 WALL ST WEST #170<br>LYNDHURST, NJ 07071<br>P: (201) 935-5600<br>F: (201) 935-0611 | TRADE DEBT | | $626,466 |
| 20 | L&H PACKING COMPANY | AL LEONARD<br>647 STEEVES AVENUE<br>SAN ANTONIO, TX 78210<br>P: (800) 999-3241<br>F: (210) 532-3241 | TRADE DEBT | | $616,088 |
| 21 | LAWRENCE WHOLESALE, LLC | MARK LISZT<br>PO BOX 58307<br>LOS ANGELES, CA 90058<br>P: (323) 235-7535<br>F: (323) 235-4787 | TRADE DEBT | | $588,569 |
| 22 | HARRIS RANCH BEEF COMPANY | JOHN HARRIS<br>P. O. BOX 130<br>SELMA, CA 93662<br>P: (800) 742-1955<br>F: (559) 896-3095 | TRADE DEBT | | $583,468 |
| 23 | SECREST WATSON INTERNATIONAL | MICHAEL WATSON<br>931 HARTZ WAY STE 235<br>PO BOX 824<br>DANVILLE, CA 94526<br>P: (925) 838-8888<br>F: (925) 838-9765 | TRADE DEBT | | $522,696 |
| 24 | EXPORT PACKERS COMPANY, LTD. | JEFF RUBENSTEIN, CEO<br>107 WALKER DR<br>BRAMPTON, ONTARIO L6T 5K5 CANADA<br>P: (905) 792-9700<br>F: (905) 792-7421 | TRADE DEBT | | $488,596 |

| | (1) Name of Creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of Claim (secured also state value of security) |
|---|---|---|---|---|---|
| 25 | AB FOODS, LLC | BRAD MCDOWELL<br>1555 SHORELINE DR<br>SUITE 320<br>BOISE, ID 83702<br>P: (208) 338-2500<br>F: (208) 338-2605 | TRADE DEBT | | $482,103 |
| 26 | LINDE, INC. | DR. WOLFGANG REITZLE<br>575 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974<br>P: (800)232-4726<br>F: (905) 501-1717 | TRADE DEBT | | $477,629 |
| 27 | RONALD A. CHISHOLM, LTD. | JEFFREY S. RYLEY<br>2 BLOOR ST WEST<br>SUITE 3300<br>TORONTO, ONTARIO M4W 3K3 CANADA<br>P: (416) 967-6000<br>F: (416) 967-9457 | TRADE DEBT | | $460,082 |
| 28 | ASC MEYNERS COMPANY | JIM BRIDGES<br>DEPT 361<br>PO BOX 100199<br>COLUMBIA, SC 29202-3199<br>P: (904) 285-2700<br>F: (904) 285-4190 | TRADE DEBT | | $451,471 |
| 29 | BERNS & KOPPSTEIN | JOHN MORLEY<br>17 BATTERY PLACE<br>6TH FLOOR<br>NEW YORK, NY 10004-1101<br>P: (212) 837-9400<br>F: (212) 797-3928 | TRADE DEBT | | $442,926 |
| 30 | THE CITY OF VERNON UTILITIES | FINANCE DEPT - CUSTOMER SERVICE DIVISION<br>4305 SANTA FE AVENUE<br>VERNON, CA 90058<br>P: (323) 583-8811<br>F: (323) 826-1433 | TRADE DEBT | | $426,689 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| AFA FOODS, INC., | : | Case No. 12-______ (____) |
| Debtor. | : | |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding the 30 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding the 30 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any list claims; and/or 3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2012

Ron Allen
Designated Officer