**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| AFA FOODS, INC., | : | Case No. 12-______ (____) |
| Debtor. | : | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the debtor and debtor in possession (the "Debtor") in the above-captioned case hereby states that the following corporations directly or indirectly own 10% or more of the Debtor's equity interests:

- AFA Investments Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2012

Ron Allen
Designated Officer